IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

IN RE:  BENARD LAVELLE YOUNG         )      Case No. 10-17073 NLJ
       MARSHA LYNN YOUNG,         )      Chapter 13
                                                )
           Debtors.         )

## CRESCENT MANAGEMENT, LLC'S
## WITNESS AND EXHIBIT LISTS

      Creditor, Crescent Management, LLC, submits the following list of witnesses and exhibits with regard to any hearing on the Debtors' Objection to Proof of Claim of Crescent Management, L.L.C.

### WITNESSES

| NAME | EXPECTED TESTIMONY |
|---|---|
| Michael Rogers | testimony to rebut claims of the Debtors including facts and circumstances dealing with indebtedness, payments, and foreclosure of mortgage |
| Justin Tarrant | testimony to rebut claims of the Debtors including facts and circumstances dealing with indebtedness, payments, and foreclosure of mortgage |
| Any witness endorsed or listed by the Debtors and not objected to by the Creditor | |
| Any witness necessary to rebut the evidence or testimony offered by the Debtors | |

### EXHIBITS

1.    Promissory Note
2.    Mortgage
3.    Petition in state mortgage foreclosure case

4. List of payments received from the Debtors

5. Debtors' Chapter 13 Plan

6. Correspondence to/from the Debtors

7. 1098 forms for years 2009 through 2013

8. Letter verification of continuous insurance coverage on Debtor's property

9. Any exhibit endorsed or listed by the Debtors not objected to by the Creditor.

10. Any exhibit or document necessary to rebut the testimony/evidence of the Debtors.

TIME TO PRESENT EVIDENCE / ARGUMENT

Fifteen minutes

DEWBRE & DEWBRE P.C.

By: /s/ Ross Dewbre
ROSS DEWBRE, OBA NO. 12645
ATTORNEYS FOR CREDITOR
CRESCENT MANAGEMENT, LLC
2220 Shadowlake Drive
Oklahoma City, OK 73159
Telephone: (405) 691-5665

CERTIFICATE OF DELIVERY

This is to certify that on this 4th day of June, 2014, a true and correct copy of the above and foregoing pleading was mailed and deposited, with sufficient postage, to:

Benard Young
Marsha Young
612 W. Madison
Crescent, Oklahoma 73028

/s/ Ross Dewbre