UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA

In re:

BENARD LAVELLE YOUNG
MARSHA LYNN YOUNG
Debtor(s)

Case No. 10-17073-NLJ

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

John Hardeman, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/24/2010.

2) The plan was confirmed on 06/20/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 08/23/2012, 12/17/2013, 04/16/2014, 08/11/2014.

4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5) The case was converted on 08/28/2014.

6) Number of months from filing to last payment: 44.

7) Number of months case was pending: 49.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $15,168.26.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $56,764.00 |
| Less amount refunded to debtor | $5,711.00 |

**NET RECEIPTS:**                         $51,053.00

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,176.69 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,651.33 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:**       $3,828.02

Attorney fees paid and disclosed by debtor:      $0.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ACCESS MEDICAL | Unsecured | 70.00 | NA | NA | 0.00 | 0.00 |
| AFFILIATED ANESTHESIOLOGISTS | Unsecured | 120.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN LAW DIVISION | Unsecured | 950.00 | NA | NA | 0.00 | 0.00 |
| AUTO CREDIT SOLUTIONS | Secured | 1,700.00 | NA | NA | 0.00 | 0.00 |
| C BRIAN HOOPER DDS | Unsecured | 450.00 | 111.01 | 111.01 | 0.00 | 0.00 |
| CCA | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| CENTER FOR INTERNAL MED & PED | Unsecured | 175.00 | NA | NA | 0.00 | 0.00 |
| CHASE | Unsecured | 3,000.00 | NA | NA | 0.00 | 0.00 |
| CHASE RECEIVABLES | Unsecured | 145.00 | NA | NA | 0.00 | 0.00 |
| COMMUNITY LOANS OF EDMOND | Unsecured | 1,400.00 | NA | NA | 0.00 | 0.00 |
| CRESCENT MANAGEMENT LLC | Secured | 87,476.74 | 92,844.88 | 0.00 | 35,979.45 | 0.00 |
| CRESCENT MANAGEMENT LLC | Secured | 7,500.00 | 5,760.52 | 5,760.52 | 4,693.85 | 1,063.40 |
| CRESCENT MANAGEMENT LLC | Secured | 827.39 | 0.00 | 827.39 | 672.58 | 145.05 |
| DEWBRE & DEWBRE | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| DIRECTV | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| ENTERPRISE RENT A CAR | Unsecured | 140.00 | NA | NA | 0.00 | 0.00 |
| HEALTH CHOICE | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | NA | 698.89 | 698.89 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 5,289.00 | NA | NA | 0.00 | 0.00 |
| INTERNATIONAL BANK OF COMMER | Unsecured | 1,100.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | NA | 750.00 | 750.00 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| JERRY D BROWN | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| LOGAN MEDICAL CENTER | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | NA | 69.13 | 69.13 | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | NA | 747.32 | 747.32 | 0.00 | 0.00 |
| MERCY HEALTH CENTER | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| OKLAHOMA TAX COMMISSION | Priority | NA | 708.90 | 708.90 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| OKLAHOMA TAX COMMISSION | Priority | NA | NA | NA | 0.00 | 0.00 |
| OKLAHOMA TAX COMMISSION | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| POWELL LAW OFFICE | Unsecured | 620.00 | NA | NA | 0.00 | 0.00 |
| REGAL HEALTHCARE | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| RICHARD W LEUSZLER MD | Unsecured | 275.00 | NA | NA | 0.00 | 0.00 |
| SUPERIOR FINANCE | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| SUPERIOR FINANCE COMPANY | Secured | 4,000.00 | 4,360.85 | 3,911.85 | 3,911.85 | 758.80 |
| SUPERIOR FINANCE COMPANY | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| TIM GREEN | Unsecured | 3,700.00 | NA | NA | 0.00 | 0.00 |
| US ATTORNEY | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 9,600.00 | 9,961.21 | 9,961.21 | 0.00 | 0.00 |
| WORKS & LENTZ | Unsecured | 700.00 | 381.24 | 381.24 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $35,979.45 | $0.00 |
| Mortgage Arrearage | $6,587.91 | $5,366.43 | $1,208.45 |
| Debt Secured by Vehicle | $3,911.85 | $3,911.85 | $758.80 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$10,499.76** | **$45,257.73** | **$1,967.25** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $708.90 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$708.90** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$12,718.80** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,828.02 |
| Disbursements to Creditors | $47,224.98 |
| **TOTAL DISBURSEMENTS :** | **$51,053.00** |

**UST Form 101-13-FR-S (09/01/2009)**

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 12/09/2014                              By: /s/ John Hardeman
                                                                Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**